85 A.3d 977

IN THE MATTER OF HERBERT J. TAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 008331998).

March 14, 2014.

## · ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–316, concluding that **HERBERT J. TAN** of **FORT LEE,** who was admitted to the bar of this State in 1998, and who has been temporarily suspended from the practice of law since November 20, 2013, should be reprimanded for violating *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of a matter and to promptly comply with reasonable requests for information), and good cause appearing;

It is ORDERED that **HERBERT J. TAN** is hereby reprimanded; and it is further

ORDERED that the temporary suspension of respondent, entered by Order of this Court filed November 20, 2013, shall continue pending the further Order of the Court; and it is further

ORDERED that respondent shall continue to be restrained and enjoined from practicing law during the period of his suspension and shall comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.